IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV136 |
| v. | ) ) | |
| AARON E. SMEALL and SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for extension of filing deadline (Filing No. 15). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; the parties shall have until July 11, 2013, to file their Rule 26(f) planning report.

DATED this 2nd day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court