IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>AARON E. SMEALL, SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP,<br><br>        Defendants. | 8:13CV136<br><br>ORDER |

      This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 22).

      IT IS ORDERED that a scheduling conference with the undersigned will be held on:

        **Wednesday, August 28, 2013, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

      Dated this 17th day of July, 2013.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              LYLE E. STROM, Senior Judge
                              United States District Court