IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LISA BIRGE, on behalf of      )
herself and all others        )
similarly situated,           )
                              )
              Plaintiff,      )          8:13CV136
                              )
      v.                      )
                              )
AARON E. SMEALL and SMITH,    )            ORDER
GARDNER, SLUSKY, LAZER,       )
POHREN & ROGERS, LLP,         )
                              )
              Defendants.     )
_____)
```

After a planning conference with the Court:

IT IS ORDERED:

1) All discovery is stayed pending ruling on the motion to dismiss.

2) The motion for class certification shall be filed within seven days after the Court rules on the motion to dismiss, if that motion is not granted.

3) All discovery on class action certification shall be completed by December 31, 2013.

4) A hearing on class action status is scheduled for:

**Tuesday, January 21, 2014, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court