IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV136 |
| v. | ) ) | |
| AARON E. SMEALL and SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion for extension of time to respond to motion to reconsider (Filing No. 37). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until November 15, 2013, to respond to defendants' motion to reconsider.

DATED this 10th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court