```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

LISA BIRGE, on behalf of      )
herself and all others        )
similarly situated,           )
                              )
              Plaintiff,      )         8:13CV136
                              )
     v.                       )
                              )
AARON E. SMEALL and SMITH,    )         ORDER
GARDNER, SLUSKY, LAZER,       )
POHREN & ROGERS, LLP,         )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on plaintiff's motion to extend time to file reply brief in support of motion for class certification (Filing No. 41), and defendants' opposition thereto (Filing No. 42). By subsequent agreement of the parties,

IT IS ORDERED:

1) Plaintiff's motion is granted and her brief and index of evidence on class action certification shall be filed on or before January 10, 2014.

2) Defendants' brief and index of evidence in opposition to class action certification shall be filed on or before January 31, 2014.

3) A hearing on the class certification motion is scheduled for:

**Thursday, February 20, 2014, at 8:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    4) The dates for designation of experts will be established after the Court's ruling on class action certification.

    DATED this 31st day of October, 2013.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court