IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV136 |
| v. | ) ) | |
| AARON E. SMEALL and SMITH, GARDNER, SLUSKY, LAZER, POHREN & ROGERS, LLP, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to strike Filing No. 45 filed in error and replace it with Filing No. 46 (Filing No. 47). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to strike Filing No. 45 is granted. Filing No. 46 is deemed to be the correct document.

DATED this 20th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court