IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LISA BIRGE, on behalf of      )
herself and all others        )
similarly situated,           )
                              )
            Plaintiff,        )          8:13CV136
                              )
      v.                      )
                              )
AARON E. SMEALL and SMITH,    )          ORDER
GARDNER, SLUSKY, LAZER,       )
POHREN & ROGERS, LLP,         )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on defendants' motion for extension of filing deadline (Filing No. 49). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until December 9, 2013, to file their reply brief in support of their request to modify and for reconsideration.

DATED this 21st day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court